UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-23945-CIV-WILLIAMS

DEVIN CARAZA,

    Plaintiff,

vs.

FLORIDA POWER & LIGHT
COMPANY, et al.,

    Defendants.
_____/

### ORDER

**THIS MATTER** is before the Court following the pretrial conference held on January 9, 2018. During the pretrial conference, the Court addressed (DE 62) Defendants' motion for final summary judgment. Accordingly, based on the record in this case, and for the reasons discussed at the pretrial conference, the Court **ORDERS AND ADJUDGES** as follows:

    1.    Defendants' motion for final summary judgment (DE 62) is **GRANTED.**[1]

    2.    Defendants' motion in limine (DE 65) and Defendants' motion to strike and to dismiss (DE 76) are **DENIED AS MOOT.**

---

[1] The Court notes that during the pretrial conference, the Court provided the Parties an opportunity to submit additional record evidence regarding the ethnicity of the alleged comparators identified by Plaintiff. Neither party submitted additional evidence by the deadline. And, as discussed at the pretrial conference, the ethnicity of the comparators is irrelevant to the Court's ultimate grant of summary judgment in favor of Defendants: The undisputed record evidence established Defendants' legitimate, non-discriminatory reasons for issuing Plaintiff a record of discipline following the April 2015 disciplinary event and for ending Plaintiff's employment, and Plaintiff could not cite any evidence showing that these reasons were pretext.

3. The Court will enter final summary judgment separately pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2 day of February, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE